**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **T.M., a Minor With a Disability,** | : | **CIVIL ACTION** |
| **T.M., C.M., His Parents, on Their** | : | |
| **Own Behalf and on Behalf of T.M.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE QUAKERTOWN COMMUNITY** | : | |
| **SCHOOL DISTRICT** | : | **NO. 16-3915** |

## ORDER

**NOW**, this 19th day of April, 2017, upon consideration of the Plaintiff's Motion for

Summary Judgment (Document No. 13), the Defendant's Motion for Summary Judgment

(Document No. 11), the parties' respective responses, and after oral argument, it is

**ORDERED** as follows:

1.      The plaintiff's motion is **DENIED**; and

2.      The defendant's motion is **GRANTED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.